# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Jamie Bard

          Plaintiff,

v.                                    Case No.: 3:23−cv−00976

Marco Quiroz, et al.

          Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/16/2024 re [44].

                                                      Lynda M. Hill
                                            s/ Caylor A Haynes, Deputy Clerk